IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Ghera, John | Case Number: 05 B 60797 |
|---|---|---|
| | Ghera, Violeta | Judge: Goldgar, A. Benjamin |
| | Printed: 5/27/08 | Filed: 10/15/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: May 22, 2008
Confirmed: December 13, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 27,600.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 25,935.03 |
| Priority: | | 0.00 |
| Administrative: | | 194.00 |
| Trustee Fee: | | 1,470.97 |
| Other Funds: | | 0.00 |
| Totals: | 27,600.00 | 27,600.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 194.00 | 194.00 |
| 2. | Capital One | Unsecured | 1,019.00 | 1,061.65 |
| 3. | Resurgent Capital Services | Unsecured | 953.63 | 993.54 |
| 4. | Capital One | Unsecured | 816.88 | 851.08 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 35.70 | 37.20 |
| 6. | ECast Settlement Corp | Unsecured | 590.56 | 615.28 |
| 7. | ECast Settlement Corp | Unsecured | 832.17 | 866.97 |
| 8. | Resurgent Capital Services | Unsecured | 56.00 | 58.35 |
| 9. | ECast Settlement Corp | Unsecured | 1,001.12 | 1,042.99 |
| 10. | Bank Of New York | Unsecured | 2,876.25 | 2,996.56 |
| 11. | ECast Settlement Corp | Unsecured | 1,006.27 | 1,048.36 |
| 12. | Resurgent Capital Services | Unsecured | 868.68 | 904.85 |
| 13. | Discover Financial Services | Unsecured | 896.29 | 933.81 |
| 14. | Wells Fargo Financial Bank | Unsecured | 654.14 | 681.49 |
| 15. | American Express Centurion | Unsecured | 16.63 | 17.32 |
| 16. | B-Real LLC | Unsecured | 1,256.40 | 1,308.96 |
| 17. | ECast Settlement Corp | Unsecured | 536.89 | 559.36 |
| 18. | ECast Settlement Corp | Unsecured | 469.83 | 489.51 |
| 19. | American Express Centurion | Unsecured | 526.08 | 548.06 |
| 20. | Resurgent Capital Services | Unsecured | 1,689.14 | 1,760.33 |
| 21. | Resurgent Capital Services | Unsecured | 939.56 | 978.85 |
| 22. | Resurgent Capital Services | Unsecured | 1,114.91 | 1,161.35 |
| 23. | American Express Centurion | Unsecured | 735.91 | 766.69 |
| 24. | Resurgent Capital Services | Unsecured | 864.81 | 901.01 |
| 25. | Resurgent Capital Services | Unsecured | 3,300.87 | 3,440.03 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Ghera, John | | Case Number: 05 B 60797 |
| --- | --- | --- | --- |
| | Ghera, Violeta | | Judge: Goldgar, A. Benjamin |
| | Printed: 5/27/08 | | Filed: 10/15/05 |

| | | | | |
| --- | --- | --- | --- | --- |
| 26. | Resurgent Capital Services | Unsecured | 1,834.99 | 1,911.43 |
| 27. | Chase Home Finance | Secured | | No Claim Filed |
| 28. | Bank Of America | Unsecured | | No Claim Filed |
| 29. | Blair | Unsecured | | No Claim Filed |
| 30. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 31. | Citi Capital | Unsecured | | No Claim Filed |
| 32. | Citi-Bp Oil | Unsecured | | No Claim Filed |
| 33. | Chase Manhattan | Unsecured | | No Claim Filed |
| 34. | CB USA | Unsecured | | No Claim Filed |
| 35. | U S West Communications | Unsecured | | No Claim Filed |
| 36. | WFN National Bank | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 25,086.71 | $ 26,129.03 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 5.5% | 170.95 |
| 5% | 73.44 |
| 4.8% | 132.66 |
| 5.4% | 1,093.92 |
| | _____ |
| | $ 1,470.97 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

